MSM/ms 2026R00160

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 8:26-mj-00511-TJS |
| TIMOTHY DARRINGTON PARSONS ) | |
| ) | |
| *Defendant(s)* | |

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
1:22 pm, Mar 02 2026
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____M.D.____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 25, 2019** in the county of **Montgomery** in the
**_____** District of **Maryland**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) and (b)(1) | Receipt of child pornography |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

*Blake Frohnapfel*
*Complainant's signature*

SA Blake Frohnapfel, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 2, 2026

*Judge's signature*

City and state: Greenbelt, Maryland

Honorable Timothy J. Sullivan, Chief US Magistrate Judge
*Printed name and title*