MSM/AD: USAO 2026R00160

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 8:26-mj-00511-TJS |
| | * | |
| TIMOTHY DARRINGTON PARSONS, | * | |
| | * | |
| Defendant | * | |

*******

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Blake Frohnapfel, Special Agent with the Federal Bureau of Investigation, being first duly sworn, hereby depose and state as follows:

### PURPOSE OF THE AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for **Timothy Darrington PARSONS** for a violation 18 U.S.C. § 2252A(a)(2) and (b)(1) (receipt of child pornography).

### AGENT BACKGROUND

2. I am a special agent with the Federal Bureau of Investigation, and I have been so employed since 2021. I am currently assigned to the Washington Field Office (WFO) Child Exploitation and Human Trafficking Task Force (CEHTTF) and investigate violations involving child sexual abuse material (CSAM), the sexual exploitation of children and related offenses. I have training and experience in the enforcement of the laws of the United States, including the preparation and presentation of search warrant affidavits and in conducting search warrants. I have had both training and experience in the investigation of crimes involving electronic media and have worked with other FBI agents who have such experience, and who have provided me with

1

additional information about such crimes. As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

3. As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter. I have set forth only the facts that I believe are necessary to establish probable cause. I have not, however, omitted any fact that I believe would defeat a determination of probable cause.

5. Based on my training and experience, and the facts set forth in this affidavit, there is probable cause to believe that **PARSONS** violated 18 U.S.C. § 2252A(a)(2) and (b)(1) (receipt of child pornography).

## PROBABLE CAUSE

### Case Background

6. In July 2025, SUBJECT 1 was the subject of a Fairfax County, Virginia, Police Department (FCPD) investigation related to alleged sexual abuse of potentially four minor victims. FCPD executed search warrants for SUBJECT 1's residence and office, during which FCPD seized and searched SUBJECT 1's cellular telephone.

7. On August 5, 2025, a member of the FBI WFO CEHTTF, who is also employed at FCPD, alerted the FBI that the search of SUBJECT 1's cellular telephone resulted in the

identification of text messages between SUBJECT 1, and a Washington, D.C. resident, hereinafter SUBJECT 2.

8. FCPD provided the FBI with a text message conversation report between SUBJECT 1 and SUBJECT 2 dated between on or about August 8, 2019, and July 20, 2025. During these text exchanges, among other topics, SUBJECT 1 and SUBJECT 2 frequently described their sexual preferences for minors and discussed the content of attachments and Mega links[1] that SUBJECT 1 sent to SUBJECT 2. However, the attachments that SUBJECT 1 and SUJBECT 2 exchanged were not visible in the extraction of SUBJECT 1's cellular telephone and, therefore, were not visible in the text message conversation report FCPD provided to the FBI.

9. On or about August 11, 2025, District of Columbia District Court Magistrate Judge Moxila Upadhyaya issued a search warrant to search SUBJECT 2's residence located in Washington, D.C.

10. On or about August 12, 2025, the FBI executed the search warrant at SUBJECT 2's residence.

11. During the search of the residence, law enforcement identified and conducted an on-scene preview of several digital devices, to include a yellow iPhone with SUBJECT 2's identifiers. During this on-scene preview, law enforcement identified several images and videos depicting CSAM.

12. Additionally, law enforcement located a continuation of the text messages between SUBJECT 1 and SUBJECT 2, specifically text messages dated on or about November 8, 2019, with the attachments present, as detailed below:

    SUBJECT 2: *[Sends photograph depicting child sexual abuse material (CSAM)]*

---

[1] Mega is a file hosting service located in New Zealand. Persons who collect CSAM are known to store CSAM on Mega and to share with one another links to folders containing CSAM.

    SUBJECT 1: Old photo

    SUBJECT 1: Which I sent to you

    SUBJECT 2: I know!

    SUBJECT 2: Thought I'd give you a little inspiration.

  13. On or about August 12, 2025, SUBJECT 2 was arrested for possession and distribution of child pornography. On or about August 28, 2025, a grand jury in convened in the U.S. District Court for the District of Columbia returned a two-count indictment charging SUBJECT 2 with one count of Distribution of Child Pornography and one count of Possession of Child Pornography.

  14. On or about December 11, 2025, a grand jury convened in the U.S. District Court for the District of Columbia returned a two-count indicting charging SUBJECT 1 with one count of Distribution of Child Pornography and one count of Receipt of Child Pornography.

### *Identification of PARSONS*

  15. A review of the yellow iPhone seized from SUBJECT 2's residence on or about August 12, 2025, revealed a conversation between SUBJECT 2 and telephone number 301-509-XXXX, identified as "Tim Parsons" (**PARSONS**) in SUBJECT 2's phone, beginning with messages dated on or about November 3, 2018, and ending on or about August 12, 2025.

  16. On or about October 24, 2025, in response to legal process, Verizon reported "Timothy Parsons," at ███████████████████████ Bethesda, Maryland 20814 (the "Bethesda residence") as the subscriber of the account associated with the same 301-509-XXXX telephone number referenced previously.

*Text Messages Between SUBJECT 2 and* **PARSONS**

17. The following text message conversation, which occurred on or about February 24, 2019, between SUBJECT 2 and **PARSONS** was recovered from the yellow iPhone:

> **PARSONS**: Hey sweetir
>
> SUBJECT 2: What are you doing?
>
> **PARSONS**: At home going to my parents soon
>
> SUBJECT 2: Ok
>
> SUBJECT 2: Enjoy.
>
> **PARSONS**: How are you
>
> SUBJECT 2: Good.
>
> SUBJECT 2: You?

18. The following day, on or about February 25, 2019, at approximately 8:18 a.m., the following text messages were exchanged:

> SUBJECT 2: [*Sends a one minute and six second video depicting two prepubescent minor males masturbating their own erect penises. Approximately one minute into the video, one of the minor males can be seen ejaculating. Both minor males appear to prepubescent due to a lack of pubic hair.*]
>
> **PARSONS**: W[h]ere did you get that
>
> **PARSONS**: That is SO HOT
>
> SUBJECT 2: [SUBJECT 1[2]] just sent that to me. I hope his wife doesn't find it!
>
> SUBJECT 2: That is very hot!
>
> **PARSONS**: It is beautiful and naughty
>
> SUBJECT 2: Be VERY careful with that video

---

[2] The name SUBJECT 2 wrote in the original text message is identical to SUBJECT 1's first name. Based on the context of the conversation and my knowledge of the investigation, I believe SUBJECT 2 is referring to SUBJECT 1.

5

**PARSONS**: Oh yeah

SUBJECT 2: Don't share it with anyone else.

19. On or about September 15, 2020, SUBJECT 2 sent two images and two videos to **PARSONS**, which appear to depict the same pubescent minor male. The images and videos are described as follows:

   a. VIDEO 1: A one minute fifteen second video displaying a male's erect penis. The male appears to be laying on bedding with a floral pattern. A hand is masturbating the erect penis, and approximately three seconds into the video, the video turns to slow motion. The male's penis appears to have ejaculate on it. Based on the video, it is unclear whether the male is a minor.

   b. IMAGE 1: An image depicting a pubescent minor male taking a photograph of himself in a mirror. In the image, the minor male has an erect penis.

   c. IMAGE 2: An image depicting what appears to be the same as IMAGE 1. The minor male's erect penis is displayed.

   d. VIDEO 2: A 52 second video depicting the minor male who appears visually similar to the minor male in IMAGE 1 and IMAGE 2, who can be heard speaking into the camera. The minor male appears to be laying on bedding with a floral pattern that appears visually similar to the bedding in VIDEO 1. The minor male is shirtless, but the minor male's genitalia cannot be observed. The minor male can be heard stating "I think we would have lot of sex," and "I think we would do a lot of anal, stuff like that."

20. On or about December 17, 2025, the FBI submitted IMAGE 1, IMAGE 2, and VIDEO 2 that **PARSONS** received on or about September 15, 2020, to the National Center for

Missing and Exploited Children's (NCMEC) law enforcement portal for a hash comparison. In response, NCMEC confirmed in its response that those files depicted a previously identified child.

21. On or about January 22, 2021, the following text messages were exchanged between SUBJECT 2 and **PARSONS**:

> SUBJECT 2: [*Sends four photographs depicting a male, who may or may not be a minor, with his hand on his erect penis*]
>
> **PARSONS**: Imagine him cumming in your mouths
>
> SUBJECT 2: Do you want the video?
>
> **PARSONS**: Yes
>
> SUBJECT 2: He cums at the end all over his shirt!!
>
> SUBJECT 2: [*Sends an eight minute 49 second video of the previously mentioned male, who may or may not be a minor, masturbating his erect penis. Approximately three minutes and fifty seconds into the video, the male can be observed inserting his finger into his anus. Approximately six minutes and 58 seconds into the video, the male can be seen ejaculating onto his shirt.*]
>
> SUBJECT 2: [*Sends a 26 second video, which depicts a prepubescent minor male utilizing a sex toy to masturbate his erect penis. Approximately ten seconds in the video, the prepubescent minor male can be seen ejaculating. The male appears to be prepubescent due to the lack of pubic hair.*]
>
> **PARSONS**: That is so hot.
>
> SUBJECT 2: It is, isn't it!
>
> SUBJECT 2: Did you see how much cum he had?
>
> **PARSONS**: Yes
>
> SUBJECT 2: Which video did you like better?

22. Through the course of the conversation between **PARSONS** and SUBJECT 2, **PARSONS** sent multiple selfie-style images and videos. On or about February 10, 2026, the FBI obtained the Maryland driver's license information for "TIMOTHY PARSONS," born in 1967,

home address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Bethesda, Maryland 20814.  The individual depicted in the images and videos that **PARSONS** sent to SUBJECT 2 appeared to be visually similar to the Maryland driver's license photograph obtained for "TIMOTHY PARSONS."

23. Additionally, during a text message conversation between SUBJECT 2 and **PARSONS** dated on or about July 22, 2021, **PARSONS** responded to a birthday acknowledgement via text message from SUBJECT 2.  Later in the same conversation in a message dated on or about March 24, 2024, **PARSONS** stated, "My address is ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ Bethesda, MD 20814."

24. On or about February 26, 2026, vehicle registration information was obtained for **PARSONS**.  A Toyota sedan, Maryland tag 5GV2147, was registered to **PARSONS** on or about September 25, 2025, at the Bethesda residence.

25. On or about February 26, 2026, a review of law enforcement databases and open-source databases indicated the Bethesda residence is associated with **PARSONS** and has been so since at least 2017.

26. On or about February 26, 2026, at approximately 8:13 p.m., I confirmed that the vehicle registered to **PARSONS**, a Toyota sedan with Maryland tag 5GV2147, was present in a private underground parking garage for the Bethesda residence, as shown below.



27.     On February 27, 2026, the Honorable Ajmel A. Quereshi signed a search warrant for **PARSONS**'s Bethesda residence and person.  *See* Case Nos. AAQ-26-mj-494, AAQ-26-mj-495.

28.     On March 2, 2026, the FBI executed the warrants at the Bethesda residence and seized several devices belonging to **PARSONS**, who lives there by himself and was alone in the residence when the FBI arrived.  Investigators conducted an onsite preview of **PARSONS**'s devices and identified no CSAM.  A full forensic examination of the devices consistent with the search warrant is pending.

29.     **PARSONS** waived his *Miranda* rights and consented to an interview with the FBI. **PARSONS** confirmed he received CSAM when messaging with SUBJECT 2 on or about February 25, 2019.  **PARSONS** believed that the males in the CSAM, which depicted prepubescent males,

9

would have been the youngest children of the CSAM that SUBJECT 2 had sent him. **PARSONS** stated he lived in Maryland at the time and SUBJECT 2 lived in D.C. **PARSONS** further stated that he had deleted those messages with SUBJECT 2.

## CONCLUSION

30. Based upon the foregoing information set forth in this affidavit, I respectfully submit that there is probable cause to believe that, on or about February 25, 2019, **PARSONS** knowingly received child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

*Blake Frohnapfel*
_____
Special Agent Blake Frohnapfel
Federal Bureau of Investigation


Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) on this  2nd  day of March, 2026.

_____
THE HONORABLE TIMOTHY J. SULLIVAN
CHIEF U.S. MAGISTRATE JUDGE